IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

MILDRED SHOWS

VERSUS                                              CAUSE NO. 2015-245

FOCUS RECEIVABLES MANAGEMENT,LLC

CLERK'S CERTIFICATE

I, Steve Womack, Clerk of the Circuit Court in and for the County of Simpson, State of Mississippi, do hereby certify that the foregoing 12 pages are true and correct copies of.Cause # 2015-245-MILDRED SHOWS  Vs. FOCUS RECEIVABLES MANAGEMENT,LLC

Given under my hand and official seal of office in the City of Mendenhall, Simpson County, Mississippi, on this the 21st day of October 2015.

Steve Womack

STEVE WOMACK , CLERK OF THE
CIRCUIT COURT, SIMPSON CO., MS

DEPUTY CLERK

**_WLF_** | WARE LAW FIRM, PLLC

September 29, 2015

Simpson County Circuit Clerk
PO Box 307
Mendenhall, MS 39114

RE:   **Shows vs.** Focus Receivables Management, LLC
2015-245

Dear Clerk,

Regarding the above referenced matter, enclosed for filing please find the original and one (1) copy of the Proof of Service. Please file the original, stamp the copy "filed" and return in the self-addressed envelope provided for your convenience.

If you have any questions, please contact my office. Thank you for your time and assistance in this matter.

Sincerely,

Daniel D. Ware
Enclosures:

DDW/jmi

FILED

OCT 02 2015

SIMPSON COUNTY
CIRCUIT COURT

**Daniel D. Ware**
Attorney-at-Law

dware@warelawfirm.com
www.warelawfirm.com

2609 US Highway 49 South   •   Florence, Mississippi 39073
601-845-WARE (9273)   •   Facsimile  601-845-0749

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Simpson County

MILDRED SHOWS VS FOCUS RECEIVABLES

Case # 2015-245          Acct #          Paid By CHECK 7039          Rct#     681
----------------------------------------------------------------------------------------
              CLERK FEE                               85.00
              JURY TAX                                 3.00
              COURT REPORTER                          10.00
              LAW LIBRARY                              2.50
              COURT EDUCATION                          2.00
              COURT CONSTITUENTS                        .50
              COURT ADMINISTRATOR                      2.00
              COMPREHEN COURT FUND                    10.00
              LEGAL ASSIST FUND                        5.00
              JUDICIAL SYS OP FUND                    40.00
              DEPT OF ARCHIVES                         1.00


                                              ============
                                Total   $      161.00
----------------------------------------------------------------------------------------


Payment received from WARE LAW FIRM



Transaction   14265 Received  9/16/2015 at 14:21 Drawer    1 I.D. SB

Current Balance Due          $0.00                  Receipt Amount $     161.00


  By _____D.C.  Steve Womack, Circuit Clerk


Case # 2015-245          Acct #          Paid By CHECK 7039          Rct#     681

## IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

MILDRED SHOWS                                              **PLAINTIFF**

VS.                                      CAUSE NO. _2015 - 245_

FOCUS RECEIVABLES MANAGEMENT, LLC                         **DEFENDANT**

---

### COMPLAINT
### (Jury trial is hereby requested)

---

COMES NOW, Plaintiff, Mildred Shows, by and through counsel, and files this, her Complaint, against the Defendant, Focus Receivables Managment, LLC, and will show the following unto the Court, to-wit:

1.    That Plaintiff is an adult resident citizen of Simpson County, Mississippi.

2.    That based upon information and belief Focus Receivables Management, LLC is a foreign Limited Liability Company, operating and doing business in the State of Mississippi and may be served with process by serving its registered agent, CT Corporation System, 1201 Peachtree Street, NE, Suite 1240, Atlanta, GA 30361.

3.    That this Court has jurisdiction and venue over this matter.

---

### FACTS

---

4.    On or about the beginning of June 2015, Plaintiff began receiving phone calls to her home phone from an unknown name.

FILED

SEP 1 5 2015

SIMPSON COUNTY
CIRCUIT COURT

5. When Plaintiff would take the call, an automated message was played stating that she owed a debt and to contact Defendant immediately.

6. There was no way to opt out of receiving these calls or return the call to speak to a representative.

7. These calls kept coming in sometimes more than two (2) or more times a day.

8. Plaintiff attempted to call back to request that the phone calls cease; however, she never could speak to an individual.

9. Plaintiff has continued to receive these annoying calls on her phone.

10. Plaintiff knows of no debt that she owes anyone.

11. These phone calls continue as of the time of the filing of this suit.

12. That due to the actions and/or omissions of the Defendant, Plaintiff felt aggrieved, violated, taken advantage of, and her private personal life was invaded.

13. That due to the actions and/or omissions of the Defendant, Plaintiff sustained an invasion of privacy, economic loss, emotional distress and mental anguish.

## COUNT I NEGLIGENCE AND/OR GROSS NEGLIGENCE

FILED

14. Plaintiff herein incorporates the preceding paragraphs as if alleged

SEP 1 5 2015

fully herein.

SIMPSON COUNTY
CIRCUIT COURT

15.   The aforementioned acts and/or omissions and the hereinbelow mentioned acts and/or omissions of the said Defendants were negligent, grossly negligent and/or intentional, extreme and outrageous and, as a direct and/or proximate cause and/or result of same, Plaintiff has suffered damages and injuries as hereinbelow mentioned.

16.   That due to the negligent actions and/or omissions of the Defendant were of a wanton and reckless disregard of the Plaintiff's rights by failing to cease communications and continuing the nuisance calls repeatedly to his phone.

17.   That the Defendant owed the Plaintiff a duty to honor her privacy. The Defendant breached this duty.

---

## COUNT II INVASION OF PRIVACY

---

18.   Plaintiff herein incorporates the preceding paragraphs as if alleged fully herein.

19.   Plaintiff had no contract with the Defendant nor conducted any business with the defendant.

20.   The actions and/or omissions of the Defendant caused a breach of good faith and fair dealing owed to Plaintiff by allowing her privacy to be invaded, and the annoying calls to continue thus caused her to suffer emotional distress, mental anguish and economic loss.

FILED
SEP 1 5 2015
SIMPSON COUNTY
CIRCUIT COURT

21.  Defendant intentionally and knowingly intruded upon the solitude and/or seclusion of the Plaintiff by continuing to contact by after having requested to stop such contact with him.

## COUNT IV EMOTIONAL DISTRESS & MENTAL ANGUISH

22.  Plaintiff herein incorporates the preceding paragraphs as if alleged fully herein.

23.  That as a direct and proximate cause, the negligent actions and/or omissions of the Defendant caused the Plaintiff's privacy to be invaded, broke the duty of good faith and fair dealing the Plaintiff had with the Defendant, interfered with her regular conduction of business, all which caused her emotional distress, mental anguish and economic loss, all of which she is entitled to recover.

## COUNT V NEGLIGENT VIOLATION OF THE TELEPONE CONSUMER PROTECTION ACT 47 U.S.C. § 227 *ET SEQ.*

24.  Plaintiff herein incorporates the preceding paragraphs as if alleged fully herein.

25.  The foregoing acts and omission of Defendant constitute numerous and multiple negligent violation of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et. seq.*

FILED

SEP 1 5 2015

SIMPSON COUNTY
CIRCUIT COURT

26.    As a result of Defendant's negligent violations of 47 U.S.C. § 227,

et. seq., Plaintiff is entitled to an award of $500.00 in statutory

damages, for each and every violation.

## COUNT VI KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. § 227 ET. SEQ.

27.    Plaintiff herein incorporates the preceding paragraphs as if alleged

fully herein.

28.    The foregoing acts and omission of Defendant constitute numerous

and multiple knowing and/or willful violations of the Telephone

Consumer Protection Act.

29.    As a result of Defendant's knowing and/or willful violations of 47

U.S.C. § 227 et. seq., Plaintiff is entitled to statutory damages of

$500.00, and an award of statutory trebled damages in the amount

of $1,500.00 for each of Defendant's knowing and/or willful

violations of the TCPA for each and every violation.

30.    Plaintiff is entitled to and seeks injunctive relief prohibiting such

conduct in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Mildred Shows, demands

judgment of and from the Defendant for actual/compensatory damages and

punitive damages, with pre-judgment and post-judgment interests, with all costs

assessed to the Defendant, in an amount deemed proper by a jury.

FILED

SEP 1 5 2015

SIMPSON COUNTY
CIRCUIT COURT

Respectfully submitted,

Mildred Shows, Plaintiff

By: _____

DANIEL D. WARE, Her Attorney

**Daniel D. Ware (MSB 10,847)**
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi 39073
(601) 845-9273
dware@warelawfirm.com

FILED

SEP 1 5 2015

SIMPSON COUNTY
CIRCUIT COURT

# IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

**MILDRED SHOWS**                                                    **PLAINTIFF**

**VS.**                                          CAUSE NO. _2015_245_

**FOCUS RECEIVABLES MANAGEMENT, LLC**                **DEFENDANT**

## SUMMONS

THE STATE OF MISSISSIPPI

**TO:**   Focus Receivables Management, LLC
Agent: CT Corporation System, 1201 Peachtree Street, NE, Suite 1240, Atlanta, FA 30361

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff, whose mailing address is 2609 US Highway 49 South, Florence, Mississippi 39073.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or things demanded in the Complaint.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS ___15th___ DAY OF _____Sept_____, 2015.

_____Steve Womack_____
CIRCUIT CLERK OF SIMPSON COUNTY

_____Barbara Sullivan_____ D.C.

IN THE <u>CIRCUIT</u> COURT OF <u>SIMPSON</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____  _____      Docket No. If Filed
       File Yr       Chronological No.     Clerk's Local ID    Prior to 1/1/94_____

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

Individual: _____  _____  (_____)  _____  _____
           Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>10847</u> Bar # or Name: _____  *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: _____  _____  (_____)  _____  _____
           Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>10847</u> Bar # or Name: _____  *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____  _____  (_____)  _____  _____
           Last Name      First Name    Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____  *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

**MILDRED SHOWS**                                                         **PLAINTIFF**

**VS.**                                            CAUSE NO. _2015-245_

**FOCUS RECEIVABLES MANAGEMENT, LLC**                      **DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI

**TO:**   Focus Receivables Management, LLC
Agent: CT Corporation System, 1201 Peachtree Street, NE, Suite 1240, Atlanta,
FA 30361

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
Complaint to **WARE LAW FIRM, PLLC,** Daniel D. Ware, Attorney for Plaintiff,
whose mailing address is 2609 US Highway 49 South, Florence, Mississippi
39073.  Your response must be mailed or delivered within thirty (30) days from
the date of delivery of this Summons and Complaint or a Judgment by Default
will be entered against you for the money or things demanded in the Complaint.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF
THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS ___15th___ DAY
OF ____Sept_____, 2015.

_Steve Womack_____
CIRCUIT CLERK OF SIMPSON COUNTY

_Barbara Sullivan_____ D.C.

F I L E D
OCT 02 2015
SIMPSON COUNTY
CIRCUIT COURT



SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation
1201 Peachtree St NE
Ste 1240
Atlanta GA 30361

9590 9401 0037 5071 2649 58

2. Article Number *(Transfer from service label)*

7015 1660 0000 8498 5426

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
                                     9.2-15

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature                         □ Priority Mail Express®
□ Adult Signature Restricted Delivery     □ Registered Mail™
☒ Certified Mail®                         □ Registered Mail Restricted
□ Certified Mail Restricted Delivery        Delivery
□ Collect on Delivery                     □ Return Receipt for
□ Collect on Delivery Restricted Delivery   Merchandise
Mail                                      □ Signature Confirmation™
Mail Restricted Delivery                  □ Signature Confirmation
500)                                        Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ATLANTA GA 30361

Certified Mail Fee
$  $3.45
Extra Services & Fees *(check box, add fee as appropriate)*
□ Return Receipt (hardcopy)        $ $2.80
□ Return Receipt (electronic)      $ $0.00
□ Certified Mail Restricted Delivery $ $0.00
□ Adult Signature Required         $ N/A
□ Adult Signature Restricted Delivery $ N/A
Postage
$  $1.42
Total Postage and Fees
$  $7.67
Sent To  CT Corp
Street and Apt. No., or PO Box No.
City, State, ZIP+4  Atlanta GA 30361

0173
04  Postmark
    Here
09/16/2015

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions